## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER RIOS,** ) | |
| ) | |
| Plaintiff, ) | 2:14-cv-02563-JAR-KHM |
| ) | |
| v. ) | Judge Robinson |
| ) | Magistrate Judge Humphreys |
| **NATIONAL CREDIT ADJUSTERS,** ) | |
| **LLC.,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, CHRISTOPHER RIOS, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,

**SMITHMARCO, P.C.**

Dated: December 11, 2014     By:   s/ Mandy M. Shell

Mandy M. Shell, KS Bar # 23410
PO Box 413677
Kansas City, MO  64141
Telephone:   (913) 871-4170
Facsimile:    (888) 418-1277
E-Mail:       mshell@smithmarco.com
ATTORNEY FOR PLAINTIFF

1